EARL B. BARNES, as Trustee, etc., Respondent, v. LAWRENCE J. HIRSCH and Others, Individually and as Copartners, etc., Appellants, Impleaded with Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, for the reasons stated in opinion of Martin, J., in *Barnes* v. *Hirsch* (*ante*, p. 10), handed down herewith. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Finch, J., dissents.

JACOB MARYANOV and Another, Copartners, etc., Appellants, v. MORRIS JANOWITZ, Respondent.— Order modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MORRIS GOODMAN, Respondent, v. BENJAMIN OPPENHEIMER, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DOMENICA DHEMBI, Formerly DOMENICA CARAMETA, as Administratrix, etc., of VASILE CARAMETA, Deceased, Plaintiff, v. THOMAS CARAMETA and Others, Defendants. PETER DONAHUE, as Landlord, Appellant, v. DOMENICA DHEMBI, as Receiver, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CAROLYN PLANT TRACHTENBERG, Respondent, v. SAMUEL H. TRACHTENBERG, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY E. TRAINER, as Administratrix, etc., of FRANK TRAINER, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANK A. REINHARDT, Appellant, v. HORACE L. DAY Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.; Dowling, J., dissents.

ELLA GRAVEUR VAN BRINK, Respondent, v. LOUIS VAN BRINK, Appellant.— Order modified by reducing the amount awarded as counsel fee to the sum of $1,000, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of RUSSELL B. MARCHANT, as Trustee, etc., for an Order Appointing an Arbitrator and Directing that Arbitration Proceed between RUSSELL B. MARCHANT, as Trustee, etc., Respondent, and MEAD-MORRISON MANUFACTURING COMPANY, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JANET BEECHER HOFFMANN, Respondent, v. RICHARD HORACE HOFFMANN, Defendant, Impleaded with GLORIA SWANSON, Witness, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.